**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1331**

_____

FRANK S. KULA,

                Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  Robert E. Maxwell,
Senior District Judge.  (3:07-cv-00114-REM-JES)

_____

Submitted:  June 22, 2009            Decided:  June 29, 2009

_____

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Frank S. Kula, Appellant Pro Se.  Rita R. Valdrini, Assistant
United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank S. Kula appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint for lack of subject matter jurisdiction and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Kula v. United States, No. 3:07-cv-00114-REM-JES (N.D.W. Va. Jan. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED